IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MICHAEL DORAN, *et al*,<br><br>Plaintiff,<br><br>vs.<br><br>PORCH.COM INC., a Delaware corporation; *et al.*,<br><br>Defendants. | CV 20-51-BLG-SPW-TJC<br><br>**ORDER** |

Attorney Rebecca Evans has moved for admission *pro hac vice* to practice before this Court with Brianna Smith to act as local counsel. (Doc. 5.)

*Pro hac vice* admission is governed by D. Mont. L.R. 83.1(d), which provides in pertinent part that "*Local counsel* must file a motion for the applicant attorney's admission *pro hac vice* and must attach to the motion the applicant's affidavit or declaration …" (Emphasis added.) L.R. 8.3.1(d)(3).

While Evan's motion contained all the necessary elements required in L.R. 83.1(d)(3)(A)-(J), local counsel Brianna Smith did not move the Court on Evan's behalf, nor were the requirements attached in either an affidavit or declaration. (Doc. 5). Conformance to the Local Rule is necessary.

Accordingly, IT IS HEREBY ORDERED that Evan's motion for admittance *pro hac vice* is DENIED without prejudice. Smith may resubmit the motion,

provided it is accompanied by affidavit/declaration that complies in full with L.R. 83.1(d)(3).

    DATED this 15th day of May, 2020.

                                          _____
                                          TIMOTHY J. CAVAN
                                          United States Magistrate Judge