IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MICHAEL DORAN, *et al*,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>PORCH.COM INC., a Delaware corporation; *et al.*,<br><br>　　　　　　Defendants. | CV 20-51-BLG-SPW-TJC<br><br>**ORDER** |

　　　　Plaintiffs move for the admission of Rebecca Evans to practice before this Court in this case with Briana Smith to act as local counsel. (Doc. 7.) Ms. Evans's application appears to be in order.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to admit Rebecca Evans *pro hac vice* is GRANTED on the condition that Ms. Evans shall do her own work. This means that Ms. Evans must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Ms. Evans may move for the admission *pro hac vice* of one (1) associate of her firm. Such associate, if duly

admitted, shall be authorized to participate in this case on the same terms and conditions as Ms. Evans.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Evans, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 27th day of May, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge