IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MICHAEL DORAN, et al,<br><br>    Plaintiffs,<br><br>v.<br><br>PORCH.COM INC., a Delaware corporation; GOSMITH INC. a Delaware corporation; MATTHEW EHRLICHMAN, CEO and co-founder of Porch.com Inc. and CEO of GoSmith, Inc., in his individual capacity; BRENTON MARRELLI, CEO and co-founder of GoSmith Inc., in his individual capacity; and DARWIN WIDJAJA, CTO and co-founder of GoSmith Inc. and VP of Porch.com Inc., in his individual capacity,<br><br>    Defendants. | CV 20-51-BLG-SPW-TJC<br><br>**ORDER STAYING PROCEEDINGS** |

    Before the Court is the parties' Joint Motion to Stay Proceedings until the matter is consolidated with related pending actions in the Western District of Washington.  (Doc. 24.)

    Therefore, IT IS ORDERED all proceedings in this matter are STAYED for a period of 30 days.  If consolidation has not been accomplished within 30 days, the parties shall file a joint status report, outlining their efforts to complete

/ / /

consolidation and advising of any additional time which may be necessary to do so.

   DATED this 5th day of November, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge