

FILED

DEC 4 2020

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **Michael Doran, et al,**  Plaintiffs,  v.  **Porch.com Inc.**, a Delaware corporation; **GoSmith Inc.** a Delaware corporation; **Matthew Ehrlichman**, CEO and co-founder of Porch.com Inc. and CEO of GoSmith, Inc., in his individual capacity; **Brenton Marrelli**, CEO and co-founder of GoSmith Inc., in his individual capacity; and **Darwin Widjaja,** CTO and co-founder of GoSmith Inc. and VP of Porch.com Inc., in his individual capacity,  Defendants. | 1:20-CV-00051-SPW-TJC  **ORDER** |

Upon the parties' Stipulation to Dismiss (Doc. 26) Plaintiffs' Claims Without Prejudice, by and between their counsel of record,

**IT IS HEREBY ORDERED** that the above-entitled cause is **DISMISSED WITHOUT PREJUDICE**, with each party to bear their own costs and attorney's

fees.

**IT IS FURTHER ORDERED** that all pending Motions are **DENIED** as moot.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 4th day of December, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge